# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR.S. 06-275 DFL |
| DANIEL RIOS-ESPINOZA | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( **X** ) Ad Prosequendum     ( ) Ad Testificandum.

Name of Detainee:     DANIEL RIOS-ESPINOZA

Detained at (custodian):     CALIFORNIA STATE PRISON SOLANO

Detainee is:   a.)   (X) charged in this district by:
         (X) Indictment     ( ) Information     ( ) Complaint
         Charging Detainee With: Deported Alien Found in the United States
     or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
     or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is     currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature:     /s/ Michael M. Beckwith
Printed Name & Phone No:     MICHAEL M. BECKWITH/916-554-2797
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
( **X** ) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.
DATED: July 12, 2006.

UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Daniel Espinoza Rios & Daniel Rios | Male X | Female |
| Booking or CDC #: | K07523 | DOB: | |
| Facility Address: | 2100 Peabody Road | Race: | |
| | Vacaville, CA 45687 | FBI #: | 653514NA5 |
| Facility Phone: | 707-451-0182 | | |

### RETURN OF SERVICE

Executed on _____ by _____
                                                                    (Signature)

Revised 11/19/97