```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700                    OK/HAV
 5

 6
    Attorney for Defendant
 7  DANIEL RIOS-ESPINOZA

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,     ) No. 2:06-cr-0275 DFL
14                                )
                Plaintiff,        )
15                                ) STIPULATION AND ORDER CONTINUING
         v.                       ) CASE AND EXCLUDING TIME
16                                )
    DANIEL RIOS-ESPINOZA,         )
17                                ) Date:  September 28, 2006
                Defendant.        ) Time:  10:00 a.m.
18                                ) Judge: Hon. David F. Levi
    _____ )
19
```

20     **IT IS HEREBY STIPULATED** by and between Assistant United States
21 Attorney Michael Beckwith, counsel for plaintiff, and Assistant Federal
22 defender Jeffrey L. Staniels, counsel for defendant DANIEL RIOS-
23 ESPINOZA, that the status conference scheduled for September 28, 2006,
24 be vacated and the matter continued until November 2, 2006, at 10:00
25 a.m. on this court's criminal calendar.  This continuance is sought in
26 order to permit further discussions between counsel concerning the
27 circumstances surrounding this case, and regarding possible agreement
28 on a recommendation to the court in light of those circumstances.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from September 28, 2006, until November 2, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated:   September 27, 2006            /S/ Michael Beckwith
                                       MICHAEL BECKWITH
                                       Assistant United States Attorney
                                       Counsel for Plaintiff


Dated:   September 27, 2006            /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       DANIEL RIOS-ESPINOZA

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:   September 29, 2006            /s/ David F. Levi
                                       Hon. David F. Levi
                                       Chief United States District Judge

Stipulation & Order                  -2-